# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

TAKIA RHYMES,

Appellant,

v.

PINELLAS SUNCOAST TRANSIT AUTHORITY,

Appellee.

No. 2D22-1634

———————————————

September 13, 2023

Appeal from the Circuit Court for Pinellas County; Kimberly Sharpe Byrd, Judge.

Takia Rhymes, pro se.

Jeffrey D. Jensen of Unice Salzman Jensen, P.A., Trinity, for Appellee.


PER CURIAM.

Affirmed.


SILBERMAN, KELLY, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.